No. 933. EL BANCO DE PUERTO RICO *v.* VINCENTY.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción de la parte apelada para que se desestime la apelación. Resuelto en diciembre 23, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil, enmendado por Ley No. 70 de marzo 9, 1911, y 303 del mismo código. Abogado de la parte apelada: *Sr. José de Diego.* Abogado de la parte apelante: *Sr. Leopoldo Feliú.*

---

No. 932. TALAVERA *v.* CASTRO.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción de la parte apelada para que se desestime la apelación. Resuelto en diciembre 23, 1912. Desestimada la apelación por incumplimiento de los artículos 249 del Código de Enjuiciamiento Civil, enmendado por Ley No. 70 de marzo 9, 1911, y 303 del mismo código. Abogado de la parte promovente: *Sr. Pascasio Fajardo.* Abogado de la parte contraria: *Sr. Luis Montalvo.*

---

No. 53. EX PARTE PICORNELL.—Sobre terminación de la fianza notarial prestada por la National Surety Company a favor del Pueblo de Puerto Rico y requerimiento para que constituya nueva fianza. Resuelto en diciembre 23, 1912. Requerido el Notario Salvador Picornell para que constituya nueva fianza notarial.